# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANGELICA ACOSTA,<br>JOHANNA REYES,<br><br>Defendants. | CASE NO.:  21CR1349-JLS<br><br>Hon. Janis L. Sammartino<br>Courtroom 4D<br><br>ORDER TO CONTINUE MOTION HEARING/TRIAL SETTING |

Pursuant to joint motion and good cause appearing, IT IS HEREBY ORDERED that the Motion Hearing/ Trial Setting currently set for June 11, 2021, be continued to July 23, 2021, at 1:30 p.m. Defendants shall file acknowledgments of the new hearing date by July 9, 2021.

For the reasons set forth in the joint motion, the Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendants in a speedy trial.  Accordingly, the delay occasioned by this continuance is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), as well as under 18 U.S.C. § 3161(h)(1)(D).

SO ORDERED.

Dated:  June 9, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge