1
2
3
4
5          UNITED STATES DISTRICT COURT
6         SOUTHERN DISTRICT OF CALIFORNIA
7

8  UNITED STATES OF AMERICA,          CASE NO.:  21CR1349-JLS
9              Plaintiff,              Hon. Janis L. Sammartino
                                       Courtroom 4D
10     v.
                                       PROPOSED ORDER TO CONTINUE
11  ANGELICA ACOSTA,                   MOTION HEARING/TRIAL SETTING
    JOHANNA REYES,
12
13             Defendants.

14

15         Pursuant to joint motion and good cause appearing, IT IS HEREBY
16  ORDERED that the Motion Hearing/ Trial Setting currently set for August 27,
17  2021, be continued to September 24, 2021, at 1:30 p.m.  Defendants on bond shall
18  file acknowledgements of the new hearing date within one week of this Order.

19         For the reasons set forth in the joint motion, the Court finds that the ends of
20  justice will be served by granting the requested continuance, and these outweigh
21  the interests of the public and the defendants in a speedy trial.  Accordingly, the
22  delay occasioned by this continuance is excludable pursuant to 18 U.S.C. §
23  3161(h)(7)(A).

24         IT IS SO ORDERED.
25  Dated:  August 25, 2021
26                                      Hon. Janis L. Sammartino
27                                      United States District Judge
28