# UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br> v.<br><br>ANGELICA ACOSTA (1),<br>JOHANNA REYES (2),<br><br>  Defendants. | CASE NO.: 21CR1349-JLS<br><br>ORDER GRANTING JOINT MOTION TO CONTINUE MOTION HEARING |

Pursuant to joint motion and good cause appearing,

**IT IS HEREBY ORDERED** that the Motion Hearing/Trial Setting set for September 24, 2021 at 1:30 p.m. is continued to November 24, 2021 at 1:30 p.m. Defendants shall file acknowledgements of the new hearing date by October 8, 2021.

For the reasons set forth in the joint motion, the Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendants in a speedy trial. Accordingly, the delay occasioned by this continuance is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A).

**IT IS SO ORDERED**.

Dated: September 21, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge