UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JOHANNA REYES,<br>ANGELICA ACOSTA,<br><br>　　　　Defendants. | CASE NO.: 21CR1349-JLS<br><br>ORDER GRANTING JOINT MOTIONS TO CONTINUE MOTION HEARING/TRIAL SETTING |

Good cause appearing,

**IT IS HEREBY ORDERED** that the Motion Hearing/Trial Setting set for November 24, 2021 at 1:30 p.m. is continued to January 21, 2022 at 1:30 p.m.

For the reasons set forth in the joint motion, the Court finds that time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h)(7)(A).

**IT IS SO ORDERED**.

Dated: November 18, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge