1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ANGELICA ACOSTA (1)<br>JOHANNA REYES (2),<br><br>　　　　　Defendant. | CASE NO.: 21CR1349-JLS<br><br>ORDER GRANTING JOINT<br>MOTION TO CONTINUE<br>MOTION HEARING |

Pursuant to joint motion, **IT IS HEREBY ORDERED** that the Motion Hearing/Trial Setting set for January 21, 2022 at 1:30 p.m. is continued to February 25, 2022 at 1:30 p.m. Defendants shall file acknowledgements of the new hearing date within one week of this Order.

For the reasons set forth in the joint motion, **IT IS FURTHER ORDERED** that time is excluded under the Speedy Trial Act and in the interest of justice under 18 U.S.C. Section 3161(h)(7)(A).

**IT IS SO ORDERED**.

Dated: January 11, 2022

Hon. Janis L. Sammartino
United States District Judge